BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
MARK S. EISEN (SBN 289009)
meisen@beneschlaw.com
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
Facsimile: 312.767.9192

Attorneys for Defendant DOORDASH, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MUNHALL, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>DOORDASH, INC.,<br><br>  Defendant. | Case No. 2:25-cv-02876-TLN-SCR<br><br>CLASS ACTION<br><br>ORDER GRANTING STIPULATION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>Complaint Filed: October 6, 2025<br>Current Deadline: January 5, 2026<br>Proposed Deadline: February 3, 2026 |

1

# ORDER

Pursuant to the Parties Stipulation to Extend Time ("Stipulation), IT IS SO ORDERED:

(1) The Stipulation is GRANTED; and

(2) Defendant DoorDash, Inc. shall have up to and including February 3, 2026 to respond to Plaintiff's Complaint.

DATED: December 17, 2025

_____
Troy L. Nunley
Chief United States District Judge