BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
MARK S. EISEN (SBN 289009)
meisen@beneschlaw.com
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone:  312.212.4949
Facsimile:   312.767.9192

Attorneys for Defendant DOORDASH, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MUNHALL, individually and on behalf of all others similarly situated,<br><br>                             Plaintiff,<br><br>   v.<br><br>DOORDASH, INC.,<br><br>                            Defendant. | Case No. 2:25-cv-02876-TLN-SCR<br><br><br><br>ORDER GRANTING STIPULATION STAYING CASE AND REFERRING MATTER TO VDRP |

1

## ORDER

Pursuant to the Parties Stipulation to Stay Case and Refer Matter to VDRP ("Stipulation), IT IS SO ORDERED:

(1)    That this matter shall be stayed through May 4, 2026;

(2)    That DoorDash's deadline to answer or otherwise respond to the Complaint shall be reset to May 11, 2026; and

(1)    That this matter be referred to the VDRP, with a goal of the VDRP participation occurring prior to May 4, 2026.

DATED: January 29, 2026

_____

Troy L. Nunley
Chief United States District Judge

2

CASE NO. 2:25-CV-02876                    ORDER GRANTING JOINT
                                          STIPULATION